IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WILLIAMS, D.C.,<br><br>　　　Plaintiff,<br><br>　v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, THE COMMISSIONER OF THE CALIFORNIA DEPARTMENT OF INSURANCE, and DOES 1–50, inclusive,<br><br>　　　Defendants.<br>　　　　　　　　　　　　　　　　　　／ | No. C 07-02252 WHA<br><br>**ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE, HEARING ON DEFENDANTS' MOTION TO DISMISS, AND RELATED DEADLINES** |

The Court is disappointed that Mr. Mann, counsel for plaintiff, failed to calendar the case management conference, of which he has been on notice since March 20, 2007, when the complaint was filed. However, since Mr. Mann has done a fait accompli and absented himself from the country, the Court has little choice but to continue the case management conference, the hearing on defendants' motion to dismiss, and related initial deadlines, as per the stipulation. *Counsel are reminded that the Court takes deadlines seriously and requests that counsel do likewise going forward.*

**IT IS SO ORDERED.**

Dated: June 6, 2007.

　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE