IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRIAN WILLIAMS, D.C.,

    Plaintiff,

v.

THE PRUDENTIAL INSRUANCE,

    Defendant.

No. C 07-02252 WHA

**ORDER RE HEARING ON MOTION TO DISMISS**

    Because the undersigned is currently in trial, parties should be aware that time for oral argument on this matter will be very limited. Please plan accordingly.

**IT IS SO ORDERED.**

Dated: August 2, 2007.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE