IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WILLIAMS, D.C., | No. C 07-02252 WHA |
| Plaintiff, | |
| v. | **ORDER VACATING REFERRAL TO ADR UNIT FOR MEDIATION** |
| THE PRUDENTIAL INSRUANCE, | |
| Defendant. | |

The order of referral to the ADR Unit for mediation is vacated. The parties may proceed with private mediation.

**IT IS SO ORDERED.**

Dated: August 3, 2007

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE