# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

BRIAN WILLIAMS, D.C.,

        Plaintiff(s),

v.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,

        Defendant(s).

CASE NO. C-07-2252 WHA

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE) (ADR L.R. 5)
✓   Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
✓   Private ADR *(please identify process and provider)* Mediation

Jeffrey Krivis, First Mediation Corporation, 16501 Ventura Boulevard, Suite 606, Encino, California 91436
(818) 784-4544

The parties agree to hold the ADR session by:
    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

✓   other requested deadline February 29, 2008

Dated: 7/11/07

Dated: 7/11/07

Attorney for Plaintiff
Lawrence A. Mann, Esq. /BOURHIS & MANN

Attorney for Defendant
Robert J. McKennon, Esq./Jenny H. Wang, Esq.
BARGER & WOLEN LLP

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
    Non-binding Arbitration
    Early Neutral Evaluation (ENE)
    Mediation
    Private ADR

Deadline for ADR session
    90 days from the date of this order.
    other

IT IS SO ORDERED.

Dated: August 3, 2007

WILLIAM H. ALSUP
UNITED STATES DISTRICT    JUDGE

# PROOF OF SERVICE

*Brian Williams, D.C. v. The Prudential Ins. Co. of America*
United States District Court Case No.: C-07-2252 WHA

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is: Barger & Wolen LLP, 19800 MacArthur Boulevard, 8th Floor, Irvine, California 92612.

On **July 12, 2007**, I served the foregoing document(s) described as **STIPULATION AND (PROPOSED) ORDER SELECTING ADR PROCESS** on the interested parties in this action by causing it to be electronically filed using the Court's Electronic Filing System which constitutes service of the filed document on individual(s) listed below.

| | |
|---|---|
| Lawrence A. Mann, Esq.<br>Ray Bourhis, Esq.<br>BOURHIS & MANN<br>1050 Battery Street<br>San Francisco, CA 94111<br>Telephone: (415) 392-4660<br>Facsimile: (415) 421-0259<br>Email: rfbourhis@aol.com | Attorney for Plaintiff<br>Brian Williams, D.C. |
| Julian Standen, Esq.<br>Deputy Attorney General<br>COMMISSIONER FOR THE<br>CALIFORNIA DEPARTMENT OF<br>INSURANCE<br>455 Golden Gate Avenue, Suite 1100<br>San Francisco, CA 94102<br>Telephone: (415) 703-5535<br>Email: julian.standen@doj.ca.gov | **Via U.S. Mail Only** |

[X] **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed at Irvine, California on **July 12, 2007**

NAME: Gabriela Rubio            _____
                                        (Signature)

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

C-07-2252 WHA

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS