Robert J. McKennon (123176), rmckennon@barwol.com
Jenny H. Wang (191643), jwang@barwol.com
BARGER & WOLEN LLP
19800 MacArthur Boulevard, 8th Floor
Irvine, California 92612
Telephone: (949) 757-2800 / Fax: (949) 752-6313

Attorneys for Defendant
The Prudential Insurance Company of America

Ray Bourhis, Esq. (53196), rfbourhis@aol.com
Lawrence A. Mann, (83698), Lawrence @Bouhis-Mann.com
BOURHIS & MANN
1050 Battery Street
San Francisco, CA 94111
Telephone: (415) 392-4660 / Fax: (415) 421-0259

Attorney for Plaintiff
Brian Williams, D.C.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WILLIAMS, D.C., <br><br>Plaintiff, <br><br>vs. <br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and DOES 1 - 50, inclusive, <br><br>Defendants. | CASE NO.: C-07-2252 WHA <br><br>**STIPULATION FOR BRIEF CONTINUANCE OF SEPTEMBER 4, 2007 DEADLINE FOR THE PRUDENTIAL INSURANCE COMPANY OF AMERICA TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT; SUPPORTING DECLARATION OF JENNY H. WANG; AND [PROPOSED] ORDER** <br><br>First Amended Complaint: 8/17/07 |

C-07-2252 WHA

STIPULATION AND [PROPOSED] ORDER FOR BRIEF CONTINUANCE OF
RESPONSIVE PLEADING DEADLINE

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

1  Pursuant to Rule 6-1(a) of the Local Rules of Practice for the United States
2  District Court for the Northern District of California ("Local Rules"), Plaintiff Brian
3  Williams ("Williams") and Defendant The Prudential Life Insurance Company of
4  America ("Prudential"), by and through their respective counsel, hereby stipulate and
5  respectfully request the Court to extend the time within which Prudential may answer
6  or otherwise respond to the First Amended Complaint filed and served by Plaintiff on
7  August 17, 2007.

9  Specifically, Prudential shall have an additional fourteen (14) days from the
10 response date in which to answer or otherwise respond, such that a responsive
11 pleading filed on or before September 18, 2007 shall be deemed timely.

13 The reasons underlying the stipulation are set forth in the accompanying
14 declaration of Jenny H. Wang.

16 IT IS SO STIPULATED.

18 DATED: August 29, 2007          BOURHIS & MANN

                                   By: _____
                                   LAWRENCE A. MANN
                                   Attorneys for Plaintiff
                                   Brian Williams, D.C.

23 DATED: August 29, 2007          BARGER & WOLEN LLP

                                   By: _____
                                   ROBERT J. MCKENNON
                                   JENNY H. WANG
                                   Attorneys for Defendant
                                   The Prudential Insurance Company
                                   of America

|   |   |
|---|---|
| 1 | Pursuant to stipulation of the parties, Defendant The Prudential Life Insurance |
| 2 | Company of America will have up to and including September 18, 2007 to file and |
| 3 | serve its response to Plaintiff Brian Williams' First Amended Complaint. |

**IT SO ORDERED.**

DATED: _August 30, 2007_ _____William_____
THE HON. ~~JAMES~~ H. ALSUP
UNITED STATES DISTRICT COURT

2    C-07-2252 WHA

STIPULATION AND [PROPOSED] ORDER FOR BRIEF CONTINUANCE OF
RESPONSIVE PLEADING DEADLINE

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

# DECLARATION OF JENNY H. WANG

I, JENNY H. WANG, declare:

1. I am an attorney duly admitted to practice law in all courts within the State of California. I am a partner with the law firm of Barger & Wolen LLP, and I am one of the attorneys at this firm with primary responsibility for handling this case on behalf of Defendant The Prudential Insurance Company of America ("Prudential"). All of the following facts are within my personal knowledge and, if called as a witness, I could and would testify competently as to such matters.

2. Plaintiff Brian Williams ("Williams") filed a First Amended Complaint ("FAC") in the above-captioned action on August 17, 2007. Prudential was served with the FAC on the same date.

3. Under the applicable Federal Rules of Civil Procedure, Prudential currently has until September 4, 2007 to respond to the FAC.

4. Robert J. McKennon is the lead attorney handling this case on behalf of Prudential. Mr. McKennon has been out of the country since the first week of August, and he did not return until August 29, 2007.

5. Mr. McKennon needs an opportunity to review, evaluate and confer with Prudential regarding the First Amended Complaint prior to responding to it.

6. Accordingly, a brief, two-week continuance of the September 4, 2007 responsive pleading deadline is required and will not alter the date of any event or deadline already fixed by Court order.

7. Prudential has not requested or been given any other time modifications in this case.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on August 29, 2007 at Irvine, California.



JENNY H. WANG

---

4    C-07-2252 WHA

STIPULATION AND [PROPOSED] ORDER FOR BRIEF CONTINUANCE OF RESPONSIVE PLEADING DEADLINE

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is: Barger & Wolen LLP, 19800 MacArthur Boulevard, 8th Floor, Irvine, California 92612.

On **August 29, 2007**, I served the foregoing document(s) described as **STIPULATION FOR BRIEF CONTINUANCE OF SEPTEMBER 4, 2007 DEADLINE FOR DEFENDANT THE PRUDENTIAL INSURANCE COMPANY OF AMERICA TO RESPOND TO FIRST AMENDED COMPLAINT; SUPPORTING DECLARATION OF JENNY H. WANG; AND [PROPOSED] ORDER** on the interested parties in this action by causing it to be electronically filed using the Court's Electronic Filing System which constitutes service of the filed document on individual(s) listed below.

Lawrence A. Mann, Esq.  
Ray Bourhis, Esq.  
Lawrence A. Mann, Esq.  
BOURHIS & MANN  
1050 Battery Street  
San Francisco, CA 94111  
Telephone: (415) 392-4660  
Facsimile: (415) 421-0259  
Email: rfbourhis@aol.com  
Lawrence@Bouhis-Mann.com

Attorney for Plaintiff  
Brian Williams, D.C.

[ ] **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed at Irvine, California on **August 29, 2007**

NAME: Gabriela Rubio

(Signature)

---

5  C-07-2252 WHA

STIPULATION AND [PROPOSED] ORDER FOR BRIEF CONTINUANCE OF RESPONSIVE PLEADING DEADLINE

BARGER & WOLEN LLP  
19800 MACARTHUR BLVD.  
EIGHTH FLOOR  
IRVINE, CA 92612  
(949) 757-2600